IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

KIRK D. ROBINSON,

                Petitioner,

      vs.

TAGGART BOYD, Warden of RTC; and
ROB JEFFREYS, Director of Corrections,
Nebraska;

                Respondents.

**8:22CV412**


**ORDER**

This matter is before the Court on the Court's own motion.  This matter was dismissed with prejudice on November 3, 2023, and Petitioner Kirk D. Robinson ("Robinson") filed a notice of appeal in this Court on November 17, 2023, Filing No. 53, and the Eighth Circuit Court of Appeals forwarded what it construed as another notice of appeal filed in that Court on November 13, 2023, Filing No. 58.  Robinson has also filed motions to proceed in forma pauperis on appeal and for the appointment of counsel. Filing No. 54; Filing No. 55.  On November 15, 2023, Robinson named the undersigned as a defendant in his amended complaint in Case No. 8:23CV452, Filing No. 6, and the undersigned has recused himself in that matter pursuant to 28 U.S.C. § 455(b)(5) (any judge of the United States "shall . . . disqualify himself . . . [where] [h]e . . . [i]s a party to the proceeding").  Filing No. 8, Case No. 8:23CV452.

Under these circumstances and because his impartiality might reasonably be questioned, the undersigned shall, and hereby does, recuse himself from this matter pursuant to 28 U.S.C. § 455(a).

SO ORDERED.

Dated this 5th day of December, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge